JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVI ROBYN STAFFORD MD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BAART BEHAVIORAL HEALTH SERVICES, INC., corporation, BAART COMMUNITY HEALTH CARE, corporation,<br><br>    Defendants. | Case No.: CV 15-252-GW-MRWx<br><br>**JUDGMENT** |

1       On March 11, 2020, the Court granted Defendants BAART Behavioral
2 Health Services, Inc. and BAART Community Health Care's Motion to Confirm
3 the Arbitration Award. The Court now enters judgment in favor of Defendants
4 BAART Behavioral Health Services, Inc. and BAART Community Health Care in
5 the amount of One Hundred Fifteen Thousand Six Hundred Fifty-One Dollars
6 ($115,651.00) and against Plaintiff Vivi Stafford.

7       IT IS SO ORDERED.

9 DATED: May 11, 2020

By: *[signature: George H. Wu]*

HON. GEORGE H. WU,
United States District Judge

Firm:50546261v1     [PROPOSED] JUDGMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My business address is 1925 Century Park East, Suite 500, Los Angeles, CA 90067.

3. I served copies of the following documents (specify the exact title of each document served):

## [PROPOSED] JUDGMENT

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Vivi Robyn Stafford MD
   15904 High Knoll Road
   Encino, CA 91436

5. a. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (*specify one*).

   1. ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

6. I served the documents by the means described in item 5 on (*date*): *May 11, 2020*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/11/20 | Lynn Ellis | *Lynn Ellis* |
|---------|------------|--------------|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |